IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RICKY JAMES DEMONTINEY, <br><br> Defendant. | CR 23-109-GF-BMM-JTJ <br><br> FINDINGS AND RECOMMENDATIONS |

## I.     Synopsis

Defendant Ricky James Demontiney (Demontiney) has been accused of violating the conditions of his supervised release. (Doc. 66). Demontiney admitted the alleged violations. Demontiney's supervised release should be revoked. Demontiney should be sentenced to custody for 2 months, with 26 months of supervised release to follow. During the first sixty days of Demontiney's supervised release, he shall be placed in an in-patient substance abuse treatment facility or a sober living facility, with such placement to be made at the discretion of his probation officer.

## II. Status

Demontiney pled guilty on May 1, 2024, to the offense of Possession with Intent to Distribute Controlled Substances, in violation of 21 U.S.C. § § 841(a)(1), (b)(1)(C), as charged in Count 2 of the Indictment. (Doc. 31). Demontiney was sentenced to TIME SERVED, with 3 years of supervised release to follow. (Doc. 47). Demontiney's current term of supervised release began on June 11, 2025.

### Petition

On October 1, 2025, the United States Probation Office filed a Petition requesting that the Court revoke Demontiney's supervised release. (Doc. 66). The Petition alleged Demontiney violated conditions of his supervised release by: (1) testing positive for methamphetamine and fentanyl on September 15, 2025; (2) failing to comply with substance abuse testing on September 21, 2025; and (3) failing to comply with substance abuse testing on September 28, 2025.

### Initial Appearance

Demontiney appeared before the Court on October 14, 2025. Demontiney was represented by counsel.  Demontiney stated that he had read the Petition and that he understood the allegations against him.  Demontiney waived his right to a preliminary hearing.  The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation Hearing**

Demontiney appeared before the Court on October 14, 2025. Demontiney admitted that he had violated the conditions of supervised release as set forth as allegations 1-3 in the Petition. Demontiney's admitted violations are serious and warrant revocation of his supervised release.

**Sentencing hearing**

Demontiney appeared before the Court on October 14, 2025. Demontiney's violations are a Grade C. His criminal history category is I. Demontiney's underlying offense is a Class C felony. Demontiney could be incarcerated for up to 24 months. Demontiney could be ordered to remain on supervised release for 36 months less any custody time. The United States Sentencing Guidelines call for a term of custody of 3 to 9 months.

### III.   Analysis

Pursuant to 18 U.S.C § 3583(e)(3), Demontiney's supervised release should be revoked. Demontiney should be sentenced to custody for 2 months, with 26 months of supervised release to follow. During the first sixty days of Demontiney's supervised release, he shall be placed in an in-patient substance abuse treatment facility or a sober living facility, with such placement to be made at the discretion of his probation officer. This sentence is sufficient but not greater than necessary.

## IV.  Conclusion

The Court informed Demontiney that the above sentence would be recommended to the Chief United States District Judge Brian Morris.  The Court also informed Demontiney of her right to object to these Findings and Recommendations within 14 days of this issuance.  The Court explained to Demontiney that Judge Morris would consider a timely objection before making a final determination on whether to revoke her supervised release and what, if any, sanction to impose.

The Court **FINDS:**

> That RICKY JAMES DEMONTINEY has violated the conditions of his supervised release by: (1) testing positive for methamphetamine and fentanyl on September 15, 2025; (2) failing to comply with substance abuse testing on September 21, 2025; and (3) failing to comply with substance abuse testing on September 28, 2025.

The Court **RECOMMENDS:**

> That the District Court revoke Demontiney's supervised release and sentence Demontiney to custody for 2 months, with 26 months of supervised release to follow. During the first sixty days of Demontiney's supervised release, he shall be placed in an in-patient substance abuse treatment facility or a sober living facility, with such placement to be made at the discretion of his probation officer.

**NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT**

The parties may serve and file a written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. § 636(b)(1). A United States district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge and may waive the right to appear and allocute before a district court judge.

DATED this 16th day of October 2025.

_____
John Johnston
United States Magistrate Judge