# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br><br>RICKY JAMES DEMONTINEY,<br><br>          Defendant. | CR-23-109-GF-BMM<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on October 16, 2025. (Doc. 73.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on October 14, 2025 (Doc. 68.) The United States accused Ricky Demontiney (Demontiney) of violating the conditions of his supervised release by: (1) testing positive for methamphetamine and fentanyl on September 15, 2025; (2) failing to comply with substance abuse testing on September 21, 2025; and (3) failing to comply with substance abuse testing on September 28, 2025 (Doc. 66.)

At the revocation hearing, Demontiney admitted that he had violated the conditions of supervised release as set forth in allegations 1-3 of the Petition. Judge Johnston recommended a sentence of 2 months, with 26 months of supervised release to follow. During the first sixty days of Demontiney's supervised release, he shall be placed in an in-patient substance abuse treatment facility or a sober living facility, with such placement to be made at the discretion of his probation officer. (Doc. 68.) The Court advised Demontiney of his right to appeal and to allocute before the undersigned. (*Id*.)

The violations Demontiney admitted prove serious and warrant revocation of Demontiney's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 73) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Ricky James Demontiney be sentenced for a term of custody of 2

months, with 26 months of supervised release to follow. During the first sixty days of Demontiney's supervised release, he shall be placed in an in-patient substance abuse treatment facility or a sober living facility, with such placement to be made at the discretion of his probation officer.

DATED this 4th day of November 2025.

_____
Brian Morris, Chief District Judge
United States District Courts